**Opinion issued May 1, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00585-CV**

———————————

**IN RE DAVID DICK, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, David Dick, filed a petition for writ of mandamus challenging the trial court's July 24, 2024 order denying his motion to dismiss under Texas Rule of Civil Procedure 91a.[1] In his motion, relator sought dismissal of the claims asserted by real party in interest, Allied Trust Insurance Company (Allied), in the underlying

---

[1]    *See* TEX. R. CIV. P. 91a.

lawsuit.[2]  On December 12, 2024, this Court granted in part and denied in part relator's petition for writ of mandamus.

Allied filed a motion for rehearing and motion for en banc reconsideration requesting that the Court "withdraw and/or vacate" the December 12, 2024 opinion "and affirm the trial court's [o]rder denying [r]elator's Rule 91a motion to dismiss in full."  While the motion for rehearing and motion for en banc reconsideration were pending, on April 23, 2025, the parties filed a "Joint Notice of Settlement," notifying the Court that the parties "reached a settlement agreement resolving all matters in controversy."  The parties further notified the Court that "[n]o further action from this Court [was] necessary."

We withdraw our December 12, 2024 opinion and issue this opinion in its stead.  *See* TEX. R. APP. P. 42.1(c) ("In dismissing a proceeding, the appellate court will determine whether to withdraw any opinion it has already issued.").

We construe the parties' April 23, 2025 Joint Notice of Settlement as a motion to dismiss the original proceeding as moot pursuant to the parties' settlement agreement resolving all matters in controversy.  We grant the parties' joint motion and dismiss the original proceeding as moot pursuant to the settlement agreement.

---

[2]  The underlying case is *Allied Trust Insurance Company v. David Dick and Dick Law Firm, PLLC*, Cause No. 1227457, in the County Civil Court at Law No. 2 of Harris County, Texas, the Honorable Jim Kovach presiding.

We dismiss all pending motions, including Allied's motion for rehearing and motion for en banc reconsideration, as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.[3]

---

[3] The Honorable Peter Kelly and the Honorable Richard Hightower, former Justices of this Court, were members of the Panel when the original proceeding was submitted and participated in the decision. Their terms of office expired on December 31, 2024, and they did not participate in this decision. *See* TEX. R. APP. P. 49.3.